UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-21840-DPG

JUAN CARLOS GIL,

    Plaintiff,

vs.

TOWN OF CUTLER BAY, FLORIDA,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND NOTICE OF
DESIGNATION OF E-MAIL ADDRESSES**

The law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A., appears as counsel of record for the Defendant, TOWN OF CUTLER BAY, FLORIDA, in the above-styled action.

All further pleadings and papers served on said Defendant should be forwarded to:

Jonathan H. Railey, Esq.
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:(954) 463-0100
Fax: (954) 463-2444
Primary Email: Railey@jambg.com
Secondary Email: Fox@jambg.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of June, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

                              JOHNSON, ANSELMO, MURDOCH,
                              BURKE, PIPER & HOCHMAN, P.A.
                              **Attorneys for Defendant**
                              2455 E. Sunrise Boulevard, Suite 1000
                              Fort Lauderdale, Florida 33304
                              Telephone:   (954) 463-0100
                              Facsimile:    (954) 463-2444
                              Stearns@jambg.com
                              Railey@jambg.com


BY*:*   */s/ Jonathan H. Railey*
           CHRISTOPHER J. STEARNS
           Florida Bar No. 557870
           JONATHAN H. RAILEY
           Florida Bar No. 111717

## SERVICE LIST

**SCOTT DININ, ESQ**.
SCOTT DININ, P.A.
**Attorney for Plaintiff**
4200 N.W. 7th avenue
Miami, Florida 33127
Telephone:   (786) 431-1333
inbox@dinnlaw.com

**J. COURTNEY CUNNINGHAM, ESQ.**
J. COURTNEY CUNNINGHAM, PLLC
**Attorney for Plaintiff**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:   (305) 351-2014
cc@cunninghampllc.com

**CHRISTOPHER J. STEARNS, ESQ.**
**JONATHAN H. RAILEY, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:    (954) 463-2444
stearns@jambg.com
railey@jambg.com